

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Harbor Freight Tools USA, Inc.                                              03/17/2022
Tammy Stafford Associate General Counsel
Harbor Freight Tools USA Inc
26677 Agoura Road
Calabasas CA 91302

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

| | | Item: 2022-227 |
|---|---|---|

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | **Entity Served:** | Harbor Freight Tools USA, Inc. |
|---|---|---|
| 2. | **Title of Action:** | Belissa Tucker vs. Harbor Freight Tools USA, Inc. |
| 3. | **Document(s) Served:** | Citation (Petition w/Discovery-Effective 1-1-2022)<br>Petition for Damages<br>Request for Written Notice<br>Request for Admission |
| 4. | **Court/Agency:** | Parish of Rapides Ninth Judicial Districrt Court |
| 5. | **State Served:** | Louisiana |
| 6. | **Case Number:** | 272-946 Div E |
| 7. | **Case Type:** | Negligence/Personal Injury |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Wednesday 03/16/2022 |
| 10. | **Date to Client:** | Thursday 03/17/2022 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Friday 04/15/2022   *CAUTION:* Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Slocumb Law, LLC<br>New Orleans, LA<br>504-399-9033 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 191 |
| 16. | **Notes:** | Also Attached:<br>* Interrogatories; etc. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

**EXHIBIT A**

# ROBIN L. HOOTER

### CLERK OF COURT ✚ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153        Fax (318) 473-4667        Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION (PETITION W/DISCOVERY-Effective 1-1-2022)  NO. 272,946      E

| | | |
|---|---|---|
| BELISSA TUCKER | \|\| | NINTH JUDICIAL DISTRICT COURT |
| VERSUS | \|\| | PARISH OF RAPIDES |
| HARBOR FREIGHT TOOLS USA INC | \|\| | STATE OF LOUISIANA |

TO: HARBOR FREIGHT TOOLS USA INC
    @ CORPORATE CREATIONS NETWORK INC 1070-B WEST CAUSEWAY APPRO
    MANDEVILLE LA  70471-0000
    ST. TAMMANY PARISH

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN THIRTY(30) DAYS AFTER SERVICE HEREOF.  YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL. IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 30TH DAY.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA, THIS  9TH DAY OF MARCH,  2022.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION FOR DAMAGES, REQUESTS FOR ADMISSIONS/PRODUCTION, INTERROGATORIES.

ROBIN L. HOOTER
Clerk of Court

ZOEY H AKIN
265 CANAL ST SU
NEW ORLEANS LA  70130-0000        BY
Filing Attorney                      Deputy Clerk of Court

1)  LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS FOR ANSWERING EFFECTIVE 1-1-2022.

```
SHERIFF STAMP BELOW
--------------------
```

0256091                                          813

**NINTH JUDICIAL DISTRICT COURT FOR THE PARISH OF RAPIDES**

**STATE OF LOUISIANA**

NO.: 272. 946                    DIVISION " E "

**BELISSA TUCKER**

**VERSUS**

**HARBOR FREIGHT TOOLS USA, INC.**

FILED:_____    _____

**DEPUTY CLERK**

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, Belissa Tucker, a person of the full age of majority and domiciled in the Parish of Orleans, who with respect represents the following:

**I.**

Made defendant herein is:

A. HARBOR FREIGHT TOOLS USA, INC., a foreign corporation licensed to do and doing business in Louisiana.

**II.**

On or about March 29, 2021, Petitioner, Belissa Tucker, was a customer in Harbor Freight Tools located at 1804 MacArthur Drive, Alexandria, Louisiana 71301 in the Parish of Rapides, Louisiana, believed to be owned by HARBOR FREIGHT TOOLS USA, INC. While standing in line to pay for her items, Ms. Tucker realized she needed jumper cables and headed toward the table with the jumper cables, when suddenly and without warning, she tripped and fell on a misplaced object. Ms. Tucker suffered bodily injuries as a result of this accident.

**III.**

At all relevant times, HARBOR FREIGHT TOOLS USA, INC., owned and/or operated the premises where this accident occurred, namely Freight Tools located at 1804 MacArthur Drive, Alexandria, Louisiana 71301. Further, on information and belief, HARBOR FREIGHT TOOLS USA, INC., or their employees, either created, knew or, in the exercise of reasonable care, should have known of the unreasonably dangerous and unsafe condition, ruin, vice, or defect that caused Plaintiff's injuries.

**IV.**

1

Additionally, Plaintiff's injuries could have been prevented by the exercise of reasonable care that HARBOR FREIGHT TOOLS USA, INC., directly and through their employees, failed to exercise. Specifically, on information and belief, HARBOR FREIGHT TOOLS USA, INC., directly negligently placed objects on their floor, which were an unsafe and dangerous hazard.

## V.

Plaintiff avers that the sole and proximate cause of the forgoing accident was due to the negligence of the Defendant in the following respects;

    a. Installing and designing merchandise in a walkway;

    b. Placing a merchandise in a walkway near a grocery aisle;

    c. Failing to properly inspect the area where accident occurred;

    d. Failing to properly maintain said premises in a reasonably safe condition, free of any and all hazardous conditions;

    e. Failing to warn of this unreasonably dangerous condition;

    f. Failing to use reasonable and prudent care under the circumstances;

    g. Failing to keep its premises in a reasonably safe condition;

    h. Any and all other acts of negligence which may be revealed between now and the time of trial, all in violation of the laws and ordinances of the Parish of Rapides, and the State of Louisiana as if copied herein in extenso.

## VI.

Defendant is liable unto Plaintiff jointly, severally and *in solido* for the damages that Plaintiff sustained as a result of the accident at issue with any others that might later be included in this litigation or deemed liable.

## VII.

Upon information and belief, it is alleged that at all pertinent times, Defendant, HARBOR FREIGHT TOOLS USA, INC., is a self ensured entity, thus providing coverage for the type of loss sued upon herein and, therefore, HARBOR FREIGHT TOOLS USA, INC., is liable unto Plaintiff jointly, severally, and *in solido* with the Defendant. As a result, HARBOR FREIGHT TOOLS USA, INC., is being sued directly pursuant to the Louisiana Direct Action Statute.

## VIII.

Plaintiff itemizes the damages she suffered that were proximately caused by the above-described negligence of the Defendant as follows, to-wit:

    a.    Past physical pain, suffering, and discomfort;

    b.    Past mental anguish, aggravation, and annoyance;

c.     Future physical pain, suffering, and discomfort;

d.     Future mental anguish, aggravation, and annoyance;

e.     Past medical expenses;

f.     Future medical expenses;

g.     Past lost wages;

h.     Future lost wages, including loss of earning capacity;

i.     Loss of enjoyment of life;

j.     Loss of consortium;

k.     Disability from engaging in recreation; and

l.     All other damages that will be proven at the trial of this matter.

WHEREFORE, Plaintiff BELISSA TUCKER, prays that Defendant, HARBOR FREIGHT

TOOLS USA, INC., be served with a copy of this petition, and after being duly cited to appear and

answer hereto, and after the expiration of all legal delays and due proceedings are had, there be

judgment in favor of Plaintiff and against Defendants in an amount of damages to be determined and

found reasonable at trial, together with legal interest thereon from the date of judicial demand until

paid in full, as well as all costs of these proceedings, and all other general and equitable relief as the

court may deem fit.

Respectfully submitted by:

**SLOCUMB LAW, LLC**

_____
**ZOEY H. AKIN (#37969)**
365 Canal St. Suite 2650
New Orleans, LA 70130
PHONE: (504) 399-9033
FAX: (504) 276-5430
zakin@SLOCUMBLAW.COM
*Attorneys for the Petitioner*

**PLEASE SERVE:**

**HARBOR FREIGHT TOOLS USA, INC.**
*Through Registered Agent for Service of Process:*
CORPORATE CREATIONS NETWORK, INC.
1070-B West Causeway Approach
Mandeville, LA 70471

3

**NINTH JUDICIAL DISTRICT COURT FOR THE PARISH OF RAPIDES**

**STATE OF LOUISIANA**

NO.: 272,946                                  DIVISION " E "

**BELISSA TUCKER**

**VERSUS**

**HARBOR FREIGHT TOOLS USA, INC.**

FILED:_____          _____
                                                                **DEPUTY CLERK**

### REQUEST FOR WRITTEN NOTICE

Pursuant to Articles 1571, 1913 and 1914 of the Louisiana Code of Civil Procedure, the

undersigned counsel for Petitioner, Belissa Tucker, hereby request written notice of all trial, rule

and/or hearing dates, dates of argument, signing of any final judgment or rendition of any

interlocutory order or judgment in the above entitled and numbered cause.

Respectfully submitted by:

**SLOCUMB LAW, LLC**

_____
**ZOEY H. AKIN (#37969)**
365 Canal St. Suite 2650
New Orleans, LA 70130
PHONE: (504) 399-9033
FAX: (504) 276-5430
zakin@SLOCUMBLAW.COM
*Attorneys for the Petitioner*

NINTH JUDICIAL DISTRICT COURT FOR THE PARISH OF RAPIDES

STATE OF LOUISIANA

NO.: 272,946                                          DIVISION " E "

BELISSA TUCKER

VERSUS

HARBOR FREIGHT TOOLS USA, INC.

FILED:_____     _____
                                                   DEPUTY CLERK

## REQUEST FOR ADMISSION

TO:   **HARBOR FREIGHT TOOLS USA, INC.**
      *Through Registered Agent for Service of Process:*
      CORPORATE CREATIONS NETWORK, INC.
      1070-B West Causeway Approach
      Mandeville, LA 70471

NOW INTO COURT, through undersigned counsel, comes Belissa Tucker, who

request that HARBOR FREIGHT TOOLS USA, INC., answer the following written Requests

for Admission, under oath and in writing, within the applicable delays allowed under the law,

and such requests are to be deemed continuing and are to be answered if and when such

information comes into your possession at a later date or time and said requests are due to be

answered within the legal delays allowed by law from the date of this notice.

**REQUEST FOR ADMISSION NO. 1:**

Admit that HARBOR FREIGHT TOOLS USA, INC., owned the Harbor Freight

Tools located at 1804 MacArthur Drive, Alexandria, Louisiana 71301 on March 29, 2021.

**REQUEST FOR ADMISSION NO.2:**

Admit that HARBOR FREIGHT TOOLS USA, INC. and/or their employees or agents

were at fault the accident that is the subject of this litigation at Harbor Freight Tools located

at 1804 MacArthur Drive, Alexandria, Louisiana 71301 on March 29, 2021.

**REQUEST FOR ADMISSION NO.3:**

Admit that you have no evidence the accident that is the subject of this litigation at

Harbor Freight Tools located at 1804 MacArthur Drive, Alexandria, Louisiana 71301 on

March 29, 2021 was caused by anyone other than HARBOR FREIGHT TOOLS USA, INC.

and/or their employees or agents.

**REQUEST FOR ADMISSION NO.4:**

Admit that Belissa Tucker received injuries as a result of the March 29, 2021, accident at issue in this litigation.

**REQUEST FOR ADMISSION NO.5:**

Admit that HARBOR FREIGHT TOOLS USA, INC. and/or their employees failed to warn Belissa Tucker of the dangerous condition which caused the accident at issue in this litigation at Harbor Freight Tools, located at Harbor Freight Tools located at 1804 MacArthur Drive, Alexandria, Louisiana 71301 on March 29, 2021.

**REQUEST FOR ADMISSION NO.6:**

Admit that HARBOR FREIGHT TOOLS USA, INC. is self insured and therefore provides coverage for the accident at issue herein, which occurred on March 29, 2021 at Harbor Freight Tools located at 1804 MacArthur Drive, Alexandria, Louisiana 71301.

**REQUEST FOR ADMISSION NO.7:**

Admit that HARBOR FREIGHT TOOLS USA, INC. does not dispute coverage relative to the accident at issue in this litigation.

Respectfully submitted by:

**SLOCUMB LAW, LLC**

**ZOEY H. AKIN (#37969)**
365 Canal St. Suite 2650
New Orleans, LA 70130
PHONE: (504) 399-9033
FAX: (504) 276-5430
zakin@SLOCUMBLAW.COM
*Attorneys for the Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on all counsel of record in these proceedings either by United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 22nd day of February, 2022.

**ZOEY H. AKIN**

## NINTH JUDICIAL DISTRICT COURT FOR THE PARISH OF RAPIDES

### STATE OF LOUISIANA

NO.: 272,946                                     DIVISION " E "

### BELISSA TUCKER

### VERSUS

### HARBOR FREIGHT TOOLS USA, INC.

FILED:_____     _____
                                          **DEPUTY CLERK**

### INTERROGATORIES

TO:   **HARBOR FREIGHT TOOLS USA, INC.**
      *Through Registered Agent for Service of Process:*
      CORPORATE CREATIONS NETWORK, INC.
      1070-B West Causeway Approach
      Mandeville, LA 70471

On authority of Articles 1457 and 1458 of the Louisiana Code of Civil Procedure, comes

Plaintiff, Belissa Tucker, who propound the following Interrogatories to be answered fully,

separately, and completely, in writing and under oath, within the delays allowed by law by the

Defendant, HARBOR FREIGHT TOOLS USA, INC.:

**INTERROGATORY NO. 1:**

Please state, in your own words, what you believe happened to Plaintiff, on March 29,

2021, at or within the premises of Harbor Freight Tools located at 1804 MacArthur Drive,

Alexandria, Louisiana 71301, and please includes in your answer the basis upon which you have

formed that belief.

**INTERROGATORY NO. 2:**

State the full name and address of each person who witnessed or claims to have

witnessed the subject incident.

**INTERROGATORY NO. 3:**

Identify the individual, entity, or entities responsible for ensuring the safety of the

premises at issue in this matter as of March 29, 2021.

**INTERROGATORY NO. 4:**

What governmental, industry, or safety organization standards, codes or regulations

pertain to the use of the premises in question and its design? State for each standard the date such

standard promulgated, the sponsoring body, and whether the Defendant claims such standard was

complied with in connection with the use of the product in question.

**INTERROGATORY NO. 5:**

Please identify any procedures or processes in place to ensure compliance with all relevant governmental or industry safety standards concerning the installation, operation, and maintenance of the subject premises.

**INTERROGATORY NO. 6:**

Please specifically describe any work you deemed necessary to make the area at issue in this matter fully compliant with any relevant governmental or industry standard, identify whether such work was performed and, if so, when such work was performed, and please describe the entity performing said work.

**INTERROGATORY NO. 7:**

Please identify any and all instances in which the subject premises have been found to be non-compliant with any industry or governmental safety regulation.

**INTERROGATORY NO. 8:**

Please describe and identify all correspondence, notes, memoranda, notices, warnings, complaints, petitions, letters, or other documents reflecting any communications among or between Defendant and Plaintiff.

**INTERROGATORY NO. 9:**

Please describe and identify all correspondence, notes, memoranda, notices, warnings, petitions, letters or other documents reflecting any communications among or between Defendant, or employees or anyone acting on Defendant's behalf, with any non-party to this litigation in relation to the accident that is the subject of this litigation.

**INTERROGATORY NO. 10:**

List the name, address and telephone number of each person likely to have discoverable information about the claims and defenses in this case, even if you do not intend on calling that person as a witness.

**INTERROGATORY NO. 11:**

Please identify each person, corporation, or other entity responsible for causing the subject incident and please fully explain why each person, corporation or other entity listed in response to the previous interrogatory is so listed, including any explanation of fault on that person or entity's behalf.

**INTERROGATORY NO. 12:**

If you contend that Plaintiff is in any way responsible causing the subject incident, please explain each and every reason therefore in complete and exact detail.

**INTERROGATORY NO. 13:**

Identify all persons whom you intend to call as an expert witnesses at the trial of this case, and for each such expert, identify:

    a.    The subject matter on which he or she is expected to testify:

    b.    The substance of the facts and opinions to which he or she is expected to testify:

    c.    A summary of the grounds for each opinion to which he or she will testify;

    d.    The basis upon which he or she qualifies as an expert on the subject matter to which he or she is expected to testify.

**INTERROGATORY NO. 14:**

Please state all facts in support of your denial of any allegation in Plaintiff's petition.

**INTERROGATORY NO. 15:**

If you contend that any of the injuries claimed by Plaintiff are not the result of the subject incident, please describe in detail the basis for such contention, identify all persons having knowledge of any facts supporting this contention, and identify all documents supporting this contention, as well as the specific event which brought about any unrelated injuries.

**INTERROGATORY NO. 16:**

If you contend that the medical treatment received by the Plaintiff subsequent to the subject incident and claimed as damages in this action was/is not reasonable, not medically necessary, or not causally related to the subject incident, please describe in detail the basis for such contention, identify all persons having knowledge of any facts supporting this contention, and identify all documents supporting this contention.

**INTERROGATORY NO. 17:**

Do you contend that the Plaintiff, or any other Party or entity, failed to heed or comply with any instruction or warning in connection with the occurrence in question or in any other way negligently caused the Plaintiff's incident? Explain. If so, does Defendant contend that such failure, if any, on the part of the Plaintiff had any causal connection with the Plaintiff's injuries?

**INTERROGATORY NO. 18:**

Identify any warnings, whether verbal or written (such as by a sign, or otherwise) which were given to the Plaintiff, specifically, and/or to the public or employees working in that

building or to anyone using the premises, in general, before the incident concerning the condition which caused or contributed to the incident complained of in this lawsuit.

**INTERROGATORY NO. 19:**

Identify any and all admission(s) or declaration(s) against interest which you contend was made by the Plaintiff following the incident in question.

**INTERROGATORY NO. 20:**

At the time of the subject incident do you contend that any person or entity other than you and your employees and agents was responsible for the maintenance of the premises on which Plaintiff alleges she was injured and, if so, state each and every fact on which you base your contention and identify each and every writing that supports the contention?

**INTERROGATORY NO. 21:**

Describe in detail any conversations you or your representative has had with the Plaintiff related to the subject incident either prior to or subsequent to the subject incident.

**INTERROGATORY NO. 22:**

What efforts were made by you or any other person or entity to correct the condition which Plaintiff contends caused the occurrence in question subsequent to the incident in question?

**INTERROGATORY NO. 23:**

Please identify any contractual relationship entered into with any individual or entity regarding the maintenance and operation of the premises at issue and identify any established maintenance schedule.

**INTERROGATORY NO. 24:**

Please describe what training procedures, if any, are followed in the course of training of your employees with regard to premises safety or injuries occurring within the premises at issue. This includes any and all written material, slides, photographs, films, videotapes, etc. which Defendant utilizes in training its employees.

**INTERROGATORY NO. 25:**

With regard to the incident which forms the basis of Plaintiff's Petition, please identify each policy of insurance which might afford liability coverage to you and any excess, umbrella, or other policies. For each policy listed, state the name and address of the named insured(s) and of the insurance company, the operative policy number, the operative liability limits for personal

injury and property damage, and whether question or doubt exists as to your rights under the policy (reservation of rights, non-waiver agreement, etc.).

**INTERROGATORY NO. 26:**

Identify any document or thing that you intend to use as exhibit in the trial of this matter.

**INTERROGATORY NO. 27:**

Please list all materials reasonably expected or intended to be used at trial for attempted impeachment of Plaintiff, including depositions, medical literature and any arid all other impeachment materials of any type, and or variety.

**INTERROGATORY NO. 28:**

State the name, address and telephone number of any individual having knowledge of any matter relevant to the issues in this lawsuit, including any individual having knowledge to be used in the impeachment of any witness or party.

Respectfully submitted by:

**SLOCUMB LAW, LLC**

_____
**ZOEY H. AKIN (#37969)**
365 Canal St. Suite 2650
New Orleans, LA 70130
PHONE: (504) 399-9033
FAX: (504) 276-5430
zakin@SLOCUMBLAW.COM
*Attorneys for the Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record in these proceedings either by United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 22nd day of February, 2022.

_____
**ZOEY H. AKIN**

## NINTH JUDICIAL DISTRICT COURT FOR THE PARISH OF RAPIDES

### STATE OF LOUISIANA

NO.: 272,946                                                    DIVISION " E "

### BELISSA TUCKER

### VERSUS

### HARBOR FREIGHT TOOLS USA, INC.

FILED:_____    _____
                                                    **DEPUTY CLERK**

### REQUESTS FOR PRODUCTION OF DOCUMENTS

TO:    **HARBOR FREIGHT TOOLS USA, INC.**
       *Through Registered Agent for Service of Process:*
       CORPORATE CREATIONS NETWORK, INC.
       1070-B West Causeway Approach
       Mandeville, LA 70471

On authority of 1461 and 1462 of the Louisiana Code of Civil Procedure, comes Plaintiff,

Belissa Tucker, who propound the following Requests for Production of Documents to be

answered fully, separately and completely, in writing and under oath within the days allowed by

law by the Defendant, HARBOR FREIGHT TOOLS USA, INC.:

**REQUEST FOR PRODUCTION NO. 1:**

Please produce any and all incident and/or incident reports and investigations prepared by

you or your representative as a result of subject incident.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce copies of all photographs, video tapes, slides and motion pictures in your

possession which are relevant to the allegations of Plaintiff's Petition and Defendant's Answer

and defenses.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce copies of all insurance policies (including the declaration page)

potentially applicable to this claim.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce all documents used, referenced or reviewed in answering the

interrogatories, which were simultaneously served herewith.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce any notes or other documents which you have made concerning the subject incident.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce any and all recorded statements (whether oral, written, or any other form) of any witnesses to the subject incident.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce any and all diagrams, photographs, videotapes or computer simulations of area in which the subject incident occurred, including the premises at issue.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all documents concerning the installation, maintenance, or operation of the premises at issue in this case, including any related correspondence with any Defendant, and any relevant safety materials.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce all documentation related to any efforts you deemed necessary to make the premises at issue in this matter fully compliant with any relevant governmental or industry standard, identify whether such work was performed, when such work was performed, and please describe the entity performing said work.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce all correspondence with any entity or person related to safety standards for the premises at issue in this case.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce any and all standards, codes, rules, regulations, or statutes that will be relied upon in defense of this case.

**REQUEST FOR PRODUCTION NO. 12:**

Produce any documents which establish which individual, entity, or entities had custody of the premises at issue as of the date of the subject incident.

**REQUEST FOR PRODUCTION NO. 13:**

Produce a copy of any documents which establish which individual, entity, or entities which were responsible for the ensuring the safety of the premises at issue as of the date of the subject incident.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all records regarding compliance with all relevant governmental or industry safety standards.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all documents that you claim constitute an admission(s) or declaration(s) against interest concerning any facts or matters alleged in the Petition.

**REQUEST FOR PRODUCTION NO. 16:**

Please produce all written reports, all correspondence, all invoices, and the complete file for any expert witness you intend to call at trial.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce copies of any and all claims that are similar to the facts of the accident that is the subject of this litigation.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce all documents which support your denial of any allegations in Plaintiff's Petition, or any affirmative defenses you rely upon in your answer.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce any document or thing that you intend to use as exhibit in the trial of this matter.

**REQUEST FOR PRODUCTION NO. 20:**

Please produce all documents which you may use for demonstrative purposes at the trial of this action, and all documents you may use for impeachment purposes at the trial of this action.

Respectfully submitted by:

**SLOCUMB LAW, LLC**

_____
**ZOEY H. AKIN (#37969)**
365 Canal St. Suite 2650
New Orleans, LA 70130
PHONE: (504) 399-9033
FAX: (504) 276-5430
zakin@SLOCUMBLAW.COM
*Attorneys for the Petitioner*

## CERTIFICATE OF SERVICE

I  hereby certify that I have served a copy of the foregoing on all counsel of record in these

proceedings either by United States mail, first class postage prepaid, by hand delivery or by

facsimile transmission, this  22nd day of February, 2022.


_____

**ZOEY H. AKIN**

**NINTH JUDICIAL DISTRICT COURT FOR THE PARISH OF RAPIDES**

**STATE OF LOUISIANA**

NO.: **272,946**                                              DIVISION " **E** "

**BELISSA TUCKER**

**VERSUS**

**HARBOR FREIGHT TOOLS USA, INC.**

FILED:_____        _____
                                                                    **DEPUTY CLERK**

<u>**VERIFICATION**</u>

STATE OF LOUISIANA

PARISH OF _____

Before me, NOTARY PUBLIC, came and appeared:

_____
Duly Authorized Representative of HARBOR FREIGHT TOOLS USA, INC.

who after being sworn and deposed, did state:

The answers in the responses of HARBOR FREIGHT TOOLS USA, INC., to the Interrogatories

and Requests for Production of Documents propounded by Belissa Tucker are true and correct to

the best of his/her knowledge and information.

_____
Duly Authorized Representative of HARBOR FREIGHT TOOLS USA, INC.

Sworn to and subscribed before me, Notary Public on this _____ day of _____,

2022.

_____
NOTARY PUBLIC

STATE OF LOUISIANA, PARISH OF RAPIDES
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS
A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE
AND OF RECORD IN THIS OFFICE.
IN FAITH, WHEREOF, WITNESS MY HAND AND SEAL OF
OFFICE, AT ALEXANDRIA, LOUISIANA, THIS _____
DAY OF _____ A.D., 20____
          ROBIN L. HOOTER
BY_____
          DY. CLERK OF COURT

MAR 1 6 2022

## Rapides Parish Clerk of Court

### Robin L. Hooter

**Menu > Prompt > Summary > Detail - Civil and Probate Suits  Account | Cart (0) | Order History | Log Out**

## Civil and Probate Suits

20220414104746192000

| Suit | Class | Date Filed | Div |
|------|-------|-----------|-----|
| **272946** | C  Civil  DAMAGES | 2/22/2022 | E |

### Charges and Payments

| Costs - Clerk | $239.50 | Deposits: | $468.50CR | Bonds | $.00 |
|---|---|---|---|---|---|
| Costs - Sheriff | $41.20 | Paid Direct: | $.00 | | |
| Costs - Other | $57.00 | Refunds: | $.00 | | |
| Total $: | $337.70 | Total $: | $468.50CR | Balance $: | $130.80CR |

| Plaintiff(S) | Attorney(S) |
|---|---|
| 001 TUCKER BELISSA | ZOEY H AKIN |

| Defendant(S) | Attorney(S) |
|---|---|
| 001 HARBOR FREIGHT TOOLS USA INC | T/B/A |

| Account Number | Type | Responsible Parties |
|---|---|---|
| Click here for Account #256091 detail | R | ZOEY H AKIN |

| Transaction Type | Description | Date Filed | Attorney | Amount | Status | | |
|---|---|---|---|---|---|---|---|
| JUDICIAL EXP. FUND 13:996.28 | | 2/22/2022 | Z AKIN | $15.00 | 9 | Detail | |
| JUDGE'S SUPPLE. COMP 13:10.3 | | 2/22/2022 | Z AKIN | $26.50 | 9 | Detail | |
| PRO BONO FEE 13:1000 | | 2/22/2022 | Z AKIN | $10.00 | 9 | Detail | |
| CHARGE/INSURANCE FORM 13:4688 | | 2/22/2022 | Z AKIN | $5.00 | 9 | Detail | |
| CHARGE/INSURANCE FORM 13:4688 | | 2/22/2022 | Z AKIN | $5.00 | 9 | Detail | |
| SUPRM COURT REPORTING 13:841.1 | | 2/22/2022 | Z AKIN | $1.50 | 9 | Detail | |
| CASE FILE COVER SHEET | | 2/22/2022 | Z AKIN | $.00 | 9 | Detail | |
| SUPRM CRT JUD COL 13:86 | | 2/22/2022 | Z AKIN | $.50 | 9 | Detail | |
| FAX FILING FEE | | 2/22/2022 | Z AKIN | $5.00 | 9 | Detail | |
| FAX RECEIPT & CONFIRMATION | | 2/22/2022 | Z AKIN | $6.00 | 9 | Detail | Image |
| LETTERS FILED | FAX LETTER | 2/22/2022 | Z AKIN | $.00 | 9 | Detail | Image |
| PETITION | FAX PETITION FOR DAMAGES | 2/22/2022 | Z AKIN | $14.00 | 9 | Detail | Image |

**EXHIBIT B**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REQUEST FOR NOTICE | FAX REQUEST FOR WRITTEN NOTICE | 2/22/2022 | Z AKIN | $6.00 | 9 | Detail | Image |
| MISCELLANEOUS FILINGS | FAX REQUEST FOR ADMISSION | 2/22/2022 | Z AKIN | $10.00 | 9 | Detail | Image |
| MISCELLANEOUS FILINGS | FAX INTERROGATORIES | 2/22/2022 | Z AKIN | $22.00 | 9 | Detail | Image |
| MISCELLANEOUS FILINGS | FAX REQUESTS FOR PRODUCTION | 2/22/2022 | Z AKIN | $18.00 | 9 | Detail | Image |
| VERIFICATION | FAX VERIFICATION | 2/22/2022 | Z AKIN | $6.00 | 9 | Detail | Image |
| FAX FILING FEE | CK05668/SLOCUMB | 3/07/2022 | Z AKIN | $5.00CR | 9 | Detail | |
| ADDITIONAL DEPOSIT | CK005668/SLOCUMB | 3/07/2022 | Z AKIN | $400.00CR | 9 | Detail | |
| ADDITIONAL DEPOSIT | CK005667/SLOCUMB | 3/07/2022 | Z AKIN | $63.50CR | 9 | Detail | |
| INITIALIZATION FEE | | 3/07/2022 | Z AKIN | $20.00 | 9 | Detail | |
| INDEXING FEE - PLTS/DEFS | | 3/07/2022 | Z AKIN | $4.00 | 9 | Detail | |
| LETTERS FILED | | 3/07/2022 | Z AKIN | $.00 | 9 | Detail | Image |
| PETITION | PETITION FOR DAMAGES | 3/07/2022 | Z AKIN | $14.00 | 9 | Detail | Image |
| REQUEST FOR NOTICE | | 3/07/2022 | Z AKIN | $6.00 | 9 | Detail | Image |
| MISCELLANEOUS FILINGS | REQUEST FOR ADMISSIONS | 3/07/2022 | Z AKIN | $10.00 | 9 | Detail | Image |
| MISCELLANEOUS FILINGS | INTERROGATORIES | 3/07/2022 | Z AKIN | $22.00 | 9 | Detail | Image |
| MISCELLANEOUS FILINGS | REQUESTS FOR PRODUCTION OF DOC | 3/07/2022 | Z AKIN | $22.00 | 9 | Detail | Image |
| VERIFICATION | | 3/07/2022 | Z AKIN | $6.00 | 9 | Detail | Image |
| CERTIFIED COPY | 1CC FOR SERVICE | 3/07/2022 | Z AKIN | $22.00 | 9 | Detail | |
| CITATION W/DISCOV(EFF. 1/1/22) | | 3/07/2022 | Z AKIN | $20.00 | 9 | Detail | |
| DUE SHERIFF FOR DIRECT PYMT | | 3/07/2022 | Z AKIN | $41.20 | 9 | Detail | |
| STAMP COPY RETURNED | | 3/07/2022 | Z AKIN | $.00 | 9 | Detail | |
| SERVICE PERSONAL | SERV PERS HARBOR/CORP CREATE/VALERIE CITN | 3/16/2022 | | $.00 | 9 | Detail | Image |

**Address:**
701 Murray Street, Suite 102
Alexandria, LA 71301

**Phone:** 318.473.8153
**Office Fax:** 318.473.4667   **Civil Filing Fax:** 318.487.9361
**Email:** info@rapidesclerk.org

© 2022 Rapides Parish Clerk of Court
All Rights Reserved

RETURN 1827

# ROBIN L. HOOTER

### CLERK OF COURT ✿ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153          Fax (318) 473-4667          Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION (PETITION W/DISCOVERY-Effective 1-1-2022)  NO. 272,946          E

BELISSA TUCKER                                    ||  NINTH JUDICIAL DISTRICT COURT
VERSUS                                            ||  PARISH OF RAPIDES
HARBOR FREIGHT TOOLS USA INC                      ||  STATE OF LOUISIANA

TO: HARBOR FREIGHT TOOLS USA INC
     @ CORPORATE CREATIONS NETWORK INC 1070-B WEST CAUSEWAY APPRO
     MANDEVILLE LA  70471-0000
     ST. TAMMANY PARISH

     YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED
AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS
IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN
THIRTY(30) DAYS AFTER SERVICE HEREOF.  YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL.
IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 30TH DAY.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU
TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

     WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS  9TH DAY OF MARCH,  2022.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION FOR DAMAGES,
REQUESTS FOR ADMISSIONS/PRODUCTION, INTERROGATORIES.

                                         ROBIN L. HOOTER
                                         Clerk of Court

ZOEY H AKIN
265 CANAL ST SU
NEW ORLEANS LA  70130-0000          BY  _Julie Suarez_
Filing Attorney                         Deputy Clerk of Court

1)  LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. COURT PERSONNEL ARE
NOT PERMITTED TO GIVE LEGAL ADVICE.

2)  PLEASE BE AWARE OF CCP 1001, ACTS 2021, NO. 174, SECTION 1 WHICH CHANGED THE PRESCRIPTION PERIODS
FOR ANSWERING EFFECTIVE 1-1-2022.

                    SHERIFF STAMP BELOW
                    --------------------

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
2022 MAR 31 PM 1:45
DY CLERK & RECORDER
RAPIDES PARISH LA

RECEIVED
2022-03-CIVIL
2022 MAR 14 PD 12:01
TAMMY SMITH
SHERIFF

(40)272946 - C/P - SN #1
Served - Personal on          INT: _10_
Corporate Creations Network, Inc. On Behalf Of Harbor
1070 West CAUSEWAY APPROACH, Suite B, MANDE\          813
Return Date & Time: 03/16/2022 10:06AM
Through Valerie (secretary)

Ross Cummings, Deputy Sheriff

**PRE-PAID**
237817   3/15/22

**EXHIBIT C**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BELISSA TUCKER,** ) | |
| *Plaintiff,* ) | |
| ) | **DOCKET NO. _____** |
| **v.** ) | |
| ) | |
| **HARBOR FREIGHT TOOLS** ) | |
| **USA, INC.** ) | |
| *Defendant.* ) | |

### <u>DECLARATION OF MARC FRIEDMAN</u>

I, Marc Friedman, hereby declare:

1.  I am Secretary and Executive Vice President of Legal and Human Resources of Harbor Freight Tools USA, Inc. ("Harbor Freight"), the defendant in the above-captioned litigation.

2.  I make this declaration based on my first-hand knowledge of legal and business affairs of Harbor Freight, gained through my role and responsibilities within the company.

3.  Harbor Freight is a corporation organized under the laws of the State of Delaware.

4.  Harbor Freight's principal place of business is located in Calabasas, California.

5.  Attached hereto as Exhibit 1 is a current copy of the Louisiana Secretary of State's business filing record for Harbor Freight, reflecting that Harbor Freight is registered to do business in Louisiana as a non-Louisiana business corporation in good standing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Executed this 14th day of April, 2022

_____
Marc Friedman



(https://www.sos.la.gov/Pages/default.aspx)

### Search for Louisiana Business Filings

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |
| --- | --- | --- |

| **Name** | **Type** | **City** | **Status** |
| --- | --- | --- | --- |
| HARBOR FREIGHT TOOLS USA, INC. | Business Corporation (Non-Louisiana) | WILMINGTON | Active |

**GET HELP**

**Previous Names**

| **Business:** | HARBOR FREIGHT TOOLS USA, INC. |
| --- | --- |
| **Charter Number:** | 34870547F |
| **Registration Date:** | 12/21/1999 |

**Domicile Address**

3411 SILVERSIDE ROAD TATNALL BUILDING #104
WILMINGTON, DE 19801

**Mailing Address**

ATTN: LEGAL COMPLIANCE HQE
26541 AGOURA ROAD
CALABASAS, CA 913022093

**Principal Business Office**

26541 AGOURA ROAD
CALABASAS, CA 913022093

**Registered Office in Louisiana**

1070-B WEST CAUSEWAY APPROACH
MANDEVILLE, LA 70471

**Principal Business Establishment in Louisiana**

1070 B WEST CAUSEWAY APPROACH
C/O CORPORATE CREATIONS
MANDEVILLE, LA 70471

**Status**

| **Status:** | **Active** |
| --- | --- |
| **Annual Report Status:** | **In Good Standing** |
| **Qualified:** | 12/21/1999 |
| **Last Report Filed:** | 11/30/2021 |
| **Type:** | Business Corporation (Non-Louisiana) |

**Registered Agent(s)**

| **Agent:** | CORPORATE CREATIONS NETWORK, INC. |
| --- | --- |
| **Address 1:** | 1070-B WEST CAUSEWAY APPROACH |
| **City, State, Zip:** | MANDEVILLE, LA 70471 |
| **Appointment Date:** | 6/14/2017 |

**EXHIBIT 1**



## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| **Officer:** | ERIC L. SMIDT |
| **Title:** | Director |
| **Address 1:** | 26541 AGOURA ROAD |
| **City, State, Zip:** | CALABASAS, CA 913022093 |

| | |
|---|---|
| **Officer:** | MARC FRIEDMAN |
| **Title:** | Secretary |
| **Address 1:** | 26541 AGOURA ROAD |
| **City, State, Zip:** | CALABASAS, CA 91302-2093 |

| | |
|---|---|
| **Officer:** | TOMAS KOKKO |
| **Title:** | Treasurer |
| **Address 1:** | 26541 AGOURA ROAD |
| **City, State, Zip:** | CALABASAS, CA 913022093 |

| | |
|---|---|
| **Officer:** | ALLAN MUTCHNIK |
| **Title:** | President |
| **Address 1:** | 26541 AGOURA RD |
| **City, State, Zip:** | CALABASAS, CA 91302 |

GET HELP

## Amendments on File (3)

| Description | Date |
|---|---|
| Stmt of Chg or Chg Prin Bus Off | 11/13/2006 |
| Stmt of Chg or Chg Prin Bus Off | 12/28/2015 |
| Stmt of Chg or Chg Prin Bus Off | 6/14/2017 |

| Back to Search Results | New Search | View Shopping Cart |
|---|---|---|

© 2022 Louisiana Department of State

# SLOCUMB LAW FIRM, LLC

365 CANAL STREET #2650
NEW ORLEANS, LOUISIANA 70130

ZOEY AKIN

TELEPHONE: (504)399-9033
Facsimile:    (504)276-5430
www.slocumblaw.com
zakin@slocumblaw.com

January 24, 2022

*SENT VIA EMAIL: CSORIA@HARBORFREIGHT.COM*

Carolina Soria
Harbor Freight Legal Department
26677 Agoura Rd.
Calabasas, CA  91302

Re:  *Our Client:*          *Belissa Tucker*
     *Your Insured:*        *Harbor Freight*
     *Date of Incident:*    *March 29, 2021*
     *Claim #:*             *Unknown*

Dear Sir or Madam:

Please find the following medical records and expenses pertaining to Belissa Tucker's personal injury claim.

### Medical Records and Expenses:

| Provider Name | Amount |
|---|---|
| Acadian Ambulance | $ 1,742.05 |
| ACS Primary Care Physicians SE, PC | $ 2,448.00 |
| R.A.S.L. | $701.00 |
| Moreau Physical Therapy | $ 1,264.61 |
| Rapides Regional Medical Center | $ 4,511.00 |
| Dr. Ronald  Sylvest | $ 1,703.00 |
| Rawlings Company LLC | $ TBD |
| **TOTAL SPECIALS:** | **$12,369.66** |

### Conclusion

Belissa Tucker has been caused much physical pain, suffering and mental anguish as a result of the injuries she sustained on March 29, 2021.   Belissa Tucker has had to endure the

**EXHIBIT E**

# SLOCUMB LAW FIRM, LLC

365 CANAL STREET #2650
NEW ORLEANS, LOUISIANA 70130

ZOEY AKIN

TELEPHONE: (504)399-9033
Facsimile:    (504)276-5430
www.slocumblaw.com
zakin@slocumblaw.com

inconvenience and financial hardship of numerous doctors' appointments and physical therapy sessions. Based upon these circumstances, I am demanding **$200,000.00** to settle my client's personal injury claim.

I look forward to hearing from you within ten (10) days of the date of this demand. If you have any questions, please do not hesitate to contact my office.

With best regards, I am

Very truly yours,

Zoey Akin

**Exhibits**
Medical Expenses                    "A"
Medical Records                     "B"